NO. 07-03-0147-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 4, 2003

_____

TRACY COOK-PIZZI, APPELLANT

V.

AMY HARRIS, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 99-587,916; HONORABLE PAULA LANEHART, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Tracy Cook-Pizzi, filed an Appellant's Motion to Dismiss on March 21, 2003, averring that she no longer wished to prosecute this appeal. The Motion also indicates that appellee does not object to this dismissal.

Without passing on the merits of the case, the appellant's motion for dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1. All costs having been

paid, no order pertaining to the costs is made. Having dismissed the appeal at the appellant's request, and appellee having no objection, a motion for rehearing will not be entertained and our mandate will issue forthwith.


Phil Johnson
Chief Justice